**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2653**

———————

SAMUEL D. QUINN,

Movant - Appellant,

versus

CLERK'S OFFICE, U. S. District Court at Roanoke,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge.
(MISC-97-53-R)

———————

Submitted:  February 26, 1998          Decided:  March 16, 1998

———————

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Samuel D. Quinn, Appellant Pro Se.  Robert P. Crouch, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his request for documents under the Freedom of Information Act, 5 U.S.C. § 552 (1994). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Quinn v. Clerk's Office</u>, No. MISC-97-53-R (W.D. Va. Nov. 21, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>